UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2026

-------------------------------------------------------------------------

Trustees of the Operating Engineers Local 137, 137A, 137B, )
137C & 137R Annuity Fund, Pension Fund, Welfare Fund, )
Vacation Fund, Savings/PSL, Industry Advancement Fund, ) Index # 26-cv-1201 (NSR)
Apprenticeship Skill Improvement & Safety Fund, the Political )
Action Committee and the International Union of Operating )
Engineers, Local 137, 137A, 137B, 137C & 137R, )
)
                         Plaintiffs, ) **DEFAULT JUDGMENT**
)
        -against- )
)
)
FERRANDINO ENTERPRISES LLC, and JASON )
FERRANDINO, Individually, )
                   Defendant. )
)

-------------------------------------------------------------------------

This action was commenced on February 12, 2026, by the filing of a Summons and Complaint. The Summons and Complaint was served upon the Corporate Defendant, Ferrandino Enterprises LLC, on February 21, 2026, by delivering to and leaving with Diana Laluay, said individual to be Managing Agent who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity. The Proof of Service was filed with the Clerk of this Honorable Court on February 26, 2026. The Summons and Complaint was served upon the Individual Defendant, Jason Ferrandino, on February 21, 2026, by delivering to and leaving with responsible person - Diana Laluay, Co-Tenant, a true copy thereof, a person of suitable age and discretion, and by mailing a copy via first class mail on February 24, 2026 to Individual Defendant's last known address. The Proof of Service was filed with the Clerk of this Honorable Court on February 26, 2026. The defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant, Ferrandino Enterprises LLC, in the liquidated amount of Forty Six Thousand Two Hundred Forty Four Dollars and Ninety Four Cents ($46,244.94) which includes benefit fund contributions owed for the period of October 1, 2024 through May 31, 2025 in the minimum sum of Thirty-Four Thousand One Hundred One

Dollars and Forty-Four Cents ($34,101.44); plus Two Thousand Eight Hundred Forty-One Dollars and Seventy Eight Cents ($2,841.78) in interest calculated at ten percent (10%) per annum for the period of June 1, 2025 through March 31, 2026; plus Three Thousand Four Hundred Ten Dollars and Fourteen Cents ($3,410.14) in Liquidated Damages calculated at ten percent (10%) of the principal amount due; plus reasonable Attorney's Fees in the amount of Five Thousand Two Hundred Ninety Five Dollars and Fifty Cents ($5,295.50); plus court costs and disbursements in the amount of Five Hundred Ninety-Six Dollars and Eight Cents ($596.08);

AND IT IS FURTHER ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Individual Defendant Jason Ferrandino, in the liquidated amount of Six Thousand Thirty Nine Dollars and Forty Four Cents ($6,739.44); which includes the principal amount of Union Dues, Political Action Committee, Vacation Fund, and Savings/PSL Fund deductions withheld from member paychecks for the period of October 1, 2024 through May 31, 2025 in the amount of Five Thousand Seven Hundred Eight Dollars and Sixty-Four Cents ($5,708.64); plus interest calculated at nine percent (9%) per annum for the period of June 1, 2025 through March 30, 2026 in the amount of Four Hundred Twenty Eight Dollars and Nineteen Cents ($428.19); plus Six Hundred Two Dollars and Sixty-Six Cents ($602.66) for costs and disbursements;  and it is

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendants and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  June 12, 2026  ·
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge