USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Operating Engineers Local 137, 137A, 137B, 137C & 137R Annuity Fund, Pension Fund, Welfare Fund, Vacation Fund, Savings/PSL, Industry Advancement Fund, Apprenticeship Skill Improvement & Safety Fund, the Political Action Committee and the International Union of Operating Engineers, Local 137, 137A, 137B, 137C & 137R,<br>Plaintiffs,<br>-against-<br>FERRANDINO ENTERPRISES LLC, and JASON FERRANDINO, Individually,<br>Defendants. | Index No.:26-cv-1201 (NSR)<br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on the 12th day of June, 2026, in favor of Trustees of the Operating Engineers Local 137, 137A, 137B, 137C &137R Annuity Fund, Pension Fund, Welfare Fund, Vacation Fund, Savings/PSL Fund, Industry Advancement Fund, Apprenticeship Skill Improvement & Safety Fund, the Political Action Committee, and the International Union of Operating Engineers Local137, 137A, 137B, 137C & 137R, and against Ferrandino Enterprises LLC in the amount of $46,244.94, and Jason Ferrandino, Individually, in the amount of $6,739.44 and said judgment thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: September 8, 2026

Sworn to before me this 8th day of September, 2026

Notary Public

RESA BERNARDINI
NOTARY PUBLIC STATE OF NEW YORK
No. 01BE6350284
Qualified in Westchester County
My Commission Expires 11-07-2028

BARNES, IACCARINO, & SHEPHERD LLP

Michele J. Harari, Esq.
Attorneys for Judgment Creditor
258 Saw Mill River Road
Elmsford, New York 10523
(914)592-1515

Dated: September 9, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge